RECEIVED
SEP -2 2021  OTC
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

5:21cv-3211

ERIC L. ELLIS,

    Plaintiff,

vs.

IRVING POLICE DEPARTMENT; AND LAUREN GILMETTE,

    Defendants

Case No.: Number

## PLAINTIFF'S ORIGINAL COMPLAINT

Pleading Title

NOW COMES Eric L. Ellis, Plaintiff, complaining of Defendants, Irving Police Department and Lauren Gilmette, and for cause would show this Honorable Court as follows:

### A. PARTIES

1. Plaintiff is a male adult of sound mind and a resident of Bossier City, LA.

2. Defendant Irving Police Department is a police department in the City of Irving whose administrative office is located at 305 N. O'Connor Road, Irving, TX 75061.

3. Defendant Lauren Gilmette is an officer of Irving Police Department whose badge number is C1875. She is being sued in her individual capacity.

### B. JURISDICTION AND VENUE

### C. STATEMENT OF FACTS

4. In the early morning of 08/04/2021, Plaintiff was peacefully sleeping in his vehicle at [Northwest Park Recreation Center. 2800 Cheyenne St. Irving TX 75062] when he was woken by officers of the Irving Police Department.

5. They asked him to get out of his vehicle and asked him to come out.

6. Officer Gilmette asked Plaintiff to get out of his car and he respectfully obliged. She asked him to provide his name, driving license number and date of birth, which he did.

7. Officer Gilmette didn't give Plaintiff a good reason as to why they woke him up. She went on to interrogate him and ask him several questions.

8. Officer Gilmette asked Plaintiff to move away from his car and go sit on the kerb nearby. Plaintiff respectfully obliged. He was now detained.

9. Officer Gilmette asked for gloves from one of the officers who were with her and proceeded to search Plaintiff's vehicle. She did not have a warrant to search Plaintiff's vehicle.

### D. LEGAL ARGUMENT

10. The Fourth Amendment of the U.S. Constitution provides as follows: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon

probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

11. Plaintiff had a right to be secure in his car. He had a right not to be searched unreasonably while sleeping peacefully in his car.

12. Officer Gilmette did not produce any search warrant that allowed her to search Plaintiff's car.

13. The officers did not have any reason to wake up and search the car of a man who was doing nothing but sleeping in his car without bothering anyone.

14. Plaintiff had a right to peacefully sleep in his car without being bothered. He had a right for his car not to be searched without a warrant.

15. By waking up Plaintiff in his car and searching Plaintiff's car for no apparent reason and without a warrant, Defendants violated Plaintiff's Fourth Amendment rights.

### E. PRAYER FOR RELIEF

REASONS WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant him the following reliefs:

a. Grant judgment in favor of Plaintiff;

b. A Declaration that Plaintiff's Fourth Amendment rights were violated by Defendants;

c. Award Plaintiff damages for violation of his Fourth Amendment Rights;

d. Award Plaintiff punitive damages, pre and post judgment interests, costs of this suit and attorney fees as allowed by law;

e. Award Plaintiff such equitable relief as may be appropriate under the circumstances; and

f. Award Plaintiff such further relief as this Honorable Court deems necessary and proper.

Dated this [1] day of [September], 2021.

Respectfully Submitted,

_____

Eric L. Ellis
Plaintiff in *pro se*

**VERIFICATION**

I, Eric L. Ellis, being duly sworn depose and say that I am the Plaintiff in the above entitled action, that I have read the foregoing Complaint and know the contents thereof. That the same is true of my own knowledge except as to those matters and things stated upon information and belief, and as to those things, I believe them to be true.

_____

*(Sign in the presence of a Notary Public)*

Sworn to and subscribed before me this _____ day of _____, 2021.

_____

Notary Public

_____

(Printed name of Notary Public)

My Commission Expires: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the **(Date)** day of **(Month) (Year)** by regular U.S. mail, by facsimile, or certified mail, return receipt requested, to the following parties or attorneys of record:

**(Name of Attorney)**, Attorney at Law