**United States District Court**
**Western District of Louisiana**

RECEIVED
NOV 12 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**ERIC L. ELLIS**
   Plaintiff,

v.

Lauren Gilmette, and Irving Police Dept

Case No.

5:21-CV-03211

## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

NOW COMES Eric L. Ellis, Plaintiff, respectfully moves this court for Summary Judgement in this action, on claims **Fourth Amendment Violation** pursuant to Fed. R. Civ. P. 56. In support of this motion Plaintiff, Eric L Ellis hereby move the Court for summary judgment in their favor.

### A. Undisputed Facts

1. Plaintiff was unlawfully detained and searched by the defendants without warrant and without probable cause. (Exhibit A)

### B. EVIDENCE

a. See Attached Exhibits

Respectfully Submitted,

_____
Eric L. Ellis
637 Yarbrough St.,
Bossier City, LA 71111
(318) 507-5030

11-12-21