RECEIVED
NOV 12 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

**United States District Court**
**Western District of Louisiana**

| | | |
|---|---|---|
| ERIC L. ELLIS | § § § § | |
| v. | § | Case No. |
| Lauren Gilmette, and Irving Police Dept | § § § | 5:21-cv-03211 |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Eric L. Ellis request(s) that the clerk of court enter default against defendant(s) Irving Police Dept and Lauren Gilmette pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff(s) relies (rely) upon the record in this case and the affidavit submitted herein. Dated this 11th day of November, 2021.

Respectfully Submitted,

_____

Eric L. Ellis
637 Yarbrough St.,
Bossier City, LA 71111
(318) 507-5030

11-12-21