---

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

I, (Eric Ellis), the plaintiff, state as follows: The summons and complaint were served upon the defendant(s) on 10.19.2021. An answer to the complaint was due on 11.9.2021. No response was served within the time allowed by law nor has (have) the defendant(s) sought additional time within which to respond. The default of defendant(s) was entered on (date). I have confirmed that the defendant(s) is (are) not currently in active military service. To my best information and belief, defendant(s) is (are) not an infant or incompetent person.

_Eric Ellis_

Plaintiff    11-12-21

**Ark-La-Tex Process Service, L.L.C.**
5825 Southern Avenue
Shreveport, LA 71106

**INVOICE:** 6202808
Issued: Oct 6, 2021



**Eric Ellis**
Eric Ellis
637 Yarborough St
Bossier City, LA 71111

PAY TO:
**Ark-La-Tex Process Service, L.L.C.**
5825 Southern Avenue
Shreveport, LA 71106

| Case: | 5:21-CV-03211-SMH-KDM | Plaintiff / Petitioner: | Eric L. Ellis |
|---|---|---|---|
| Job: | 6202808 | Defendant / Respondent: | Police Department of Irving, Et Al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Summons in a Civil Action<br><br>Service to:<br>Irving Police Department<br>305 N O'Connor Rd<br>Irving, TX 75061 | $145.00 | 1 | $145.00 |
| Process Service | Summons in a Civil Action<br><br>Service to:<br>Lauren Gilmette c/o Irving Police Department<br>305 N O'Connor Rd<br>Irving, TX 75061 | $145.00 | 1 | $145.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Oct 6, 2021 | Paid in full | ($290.00) |

| | |
|---|---|
| Federal Tax Identification Number: 26-2310492<br>As of January 1, 2021 - All invoices are requested to be paid within 10 days or receipt.<br>Due to the increasing amount of postage costs, affidavits will be mailed upon request only. | Total: $290.00<br>Amount Paid: ($290.00)<br>**Balance Due:** **$0.00** |

Ark-La-Tex Process Service, L.L.C. · 5825 Southern Avenue, Shreveport, LA 71106

Call: 318-219-8040 · Email: WHMalpass@Hotmail.com · Visit: www.ark-la-texprocessservice.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ERIC L ELLIS | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:21–CV–03211–SMH–KDM |
| | ) Chief Judge S Maurice Hicks, Jr |
| POLICE DEPT OF IRVING , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Police Dept of Irving**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Eric L Ellis**
> **637 Yarbrough St**
> **Bossier City, LA 71111**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date: ___10/4/2021___

/s/ – Tony R. Moore

5:21–CV–03211–SMH–KDM
**PROOF OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Police Dept of Irving** was received by me on *(date)* __October 6, 2021__ .

- I personally served the summons on **Police Dept of Irving** at *(place)*_____
  _____ on *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __Records Department__ , who is designated by law
  to accept service of process on behalf of *(name of organization)* __Irving Police Department__
  __305 N O Connor Rd, Irving, TX 75061__ on *(date)* __October 19, 2021__ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: __October 19, 2021__

_Server's signature_

Michael L. Malpass/Louisiana Process Server/LA00017
*Printed name and title*
Ark-La-Tex Process Service, LLC
5825 Southern Avenue
Shreveport, La 71106

_Server's address_

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ERIC L ELLIS | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:21–CV–03211–SMH–KDM |
| | ) Chief Judge S Maurice Hicks, Jr |
| POLICE DEPT OF IRVING , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Lauren Gilmette**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Eric L Ellis**
> **637 Yarbrough St**
> **Bossier City, LA 71111**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date: __10/4/2021__

/s/ – Tony R. Moore

5:21-CV-03211-SMH-KDM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Lauren Gilmette** was received by me on *(date)*  October 6, 2021                       .

- I personally served the summons on **Lauren Gilmette** at *(place)*  Irving Police Department   
  305 N O Connor Rd, Irving, TX 75061   on *(date)* October 19, 2021           ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: October 19, 2021

Server's signature

Michael L. Malpass/Louisiana Process Server/LA00017
*Printed name and title*
Ark-La-Tex Process Service, LLC
5825 Southern Avenue
Shreveport, La 71106
*Server's address*


Additional information regarding attemped service, etc: