UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ERIC L. ELLIS                                   CIVIL ACTION

VERSUS

POLICE DEPT. OF IRVING, et al.           NO. 5:21-CV-03211-SMH-KDM

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, the City of Irving ("City," improperly named and referred to as the Police Department of Irving) and Lauren Gilmette, who respectfully movesthis Honorable Court for dismissal of all claims raised against them in the Complaint[1] filed by Plaintiff, Eric Ellis, with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Attached to this motion is a Memorandum in Support and Order.

**WHEREFORE**, defendants, the City and Gilmette, respectfully pray that this Motion to Dismiss be granted and that the claims against them be dismissed with prejudice for failure to state a claim upon which relief can be granted, at the cost of Plaintiff, and for all other legal and equitable relief justified by the premises.

                                           **RESPECTFULLY SUBMITTED:**

                                           **/s/ Michael P. Schillage**
                                           **Michael P. Schillage (#35554)**
                                           8560 Anselmo Lane
                                           Baton Rouge, Louisiana 70810
                                           Telephone:     (225) 490-0023
                                           Email: Michael.schillage@tabarylaw.com

                                           *-And-*

---

[1] Rec. Doc. 1.

A. Gregory Rome (#21062)
201 Napoleon Street
Baton Rouge, Louisiana 70802
Telephone: (225) 248-1234
Email: greg.rome@romelawbr.com
*Attorneys for City of Irving and Lauren Gilmette*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be emailed and/or mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed, namely to:

**Eric L Ellis,** *pro se*
637 Yarbrough St
Bossier City, LA 71111
318-507-5030
Email: ericlamarellis@gmail.com

Baton Rouge, Louisiana this 24th day of November, 2021.

                                   ___/s/ Michael P. Schillage___
                                    MICHAEL P. SCHILLAGE