**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ERIC L. ELLIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **POLICE DEPT. OF IRVING, et al.** | **NO. 5:21-CV-03211-SMH-KDM** |

## ORDER

**CONSIDERING** the above and foregoing Motion to Dismiss filed by the City of Irving and Lauren Gilmette:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is **GRANTED**, and all claims against the City of Irving and Lauren Gilmette are dismissed with prejudice at Plaintiff's costs.

**THUS DONE AND ORDERED** in **SHREVEPORT, LOUISIANA**, on this _____ day of _____, 2021.

_____
**HONORABLE S. MAURICE HICKS, JR.**
**CHIEF JUDGE, WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**