UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ERIC L. ELLIS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-265-B |
| | § | |
| CITY OF IRVING, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that leave to file a second amended complaint is **DENIED** and this case is **DISMISSED** with prejudice.

The Clerk shall transmit a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Plaintiff.

**SIGNED: March 21, 2022.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE