# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ERIC L. ELLIS** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. |
| | § | |
| **CITY OF IRVING,** | § | |
|     And Irving Police Department | § | |
|     Defendants. | § | 3:22-cv-00265 |

## PLAINTIFF'S TO NOTICE OF APPEAL

Plaintiff Eric Ellis, files this Notice of Appeal. The Magistrate judge shouldn't have been allowed to make recommendations without consent from all the parties. The consent from one party isn't enough to make recommendations on the case. The case was dismissed with prejudice for procedure issues and not issues with the merits. The plaintiff deserved to leave to amend the complaint and the judged ignored the plaintiff's requests. The court should look into what ties the Magistrate Judge has with Irving Texas. The plaintiff thinks the judge should have recused himself from the case.

Respectfully Submitted,

*Eric L. Ellis*

Eric L. Ellis

637 Yarbrough St.,

Bossier City, LA 71111

(318) 507-5030

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 28th day of March 2022 a true and complete copy of the above and foregoing document was served on the following via the Court's CM/ECF system and/or by electronic mail:

Respectfully Submitted,
*Eric L. Ellis*
Eric L. Ellis
637 Yarbrough St.,
Bossier City, LA 71111
(318) 507-5030